DATE:  June 2, 2026

     The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Katy Burke, et al.*
   v. *Board of County Supervisors of Prince William County, Virginia, et al.*
   Record No. 2025-24-4
   Opinion rendered by Judge Raphael on
   March 31, 2026

2. *Anthony Elijah Perkins*
   v. *Commonwealth of Virginia*
   Record No. 0323-25-4
   Opinion rendered by Judge Bernhard on
   March 31, 2026

3. *GW Acquisition Co., LLC, et al.*
   v. *Oak Valley Homeowners Association, Inc., et al.*
   Record No. 1584-25-4
   Opinion rendered by Judge Raphael on
   March 31, 2026

4. *Board of County Supervisors of Prince William County, Virginia, et al.*
   v. *Oak Valley Homeowners Association, Inc., et al.*
   Record No. 1590-25-4
   Opinion rendered by Judge Raphael on
   March 31, 2026

5. *H&H Capital Acquisitions, LLC*
   v. *Oak Valley Homeowners Association, Inc., et al.*
   Record No. 1592-25-4
   Opinion rendered by Judge Raphael on
   March 31, 2026

6. *Eddie Eugene Robinson*
   v. *Commonwealth of Virginia*
   Record No. 1912-24-1
   Opinion rendered by Judge Beales on
   April 7, 2026

7. *Dorian Omar Chavarria*
   v. *Commonwealth of Virginia*
   Record No. 0170-25-4
   Opinion rendered by Judge Bernhard on
   April 7, 2026

8. *Daniel Lee Sine*
   v. *Commonwealth of Virginia*
   Record No. 0696-25-3
   Opinion rendered by Senior Judge Humphreys on
   April 7, 2026

9. *Justin Douglas Peery*
   v. *Commonwealth of Virginia*
   Record No. 0868-25-3
   Opinion rendered by Senior Judge Humphreys on
   April 7, 2026

10. *Devon Lamar Washington*
    v. *Commonwealth of Virginia*
    Record No. 1783-24-2
    Opinion rendered by Judge White on
    April 14, 2026

11. *Kennon Copeland, et al.*
    v. *Greene County Board of Supervisors, et al.*
    Record No. 2106-24-2
    Opinion rendered by Judge Duffan on
    April 14, 2026

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Shelly Hamm, s/k/a Shelly Ann Hamm*
   v. *Commonwealth of Virginia*
   Record No. 1183-24-3
   Opinion rendered by Chief Judge Decker
     on July 1, 2025
   Refused (250704)

2. *Tecquin Darkeem Moore, s/k/a Tecquin Dakeem Moore*
   v. *Commonwealth of Virginia*
   Record No. 0715-24-3
   Opinion rendered by Chief Judge Decker
     on August 26, 2025
   Refused (250891)

3. *Curtis David Lytle*
   v. *City of Suffolk*
   Record No. 1655-24-1
   Opinion rendered by Judge Friedman
     on September 16, 2025
   Refused (250912)

4. *Allegheny Construction Company, Inc.*
   v. *Town of Christiansburg, Virginia, et al.*
   Record No. 0134-25-3
   Opinion rendered by Judge Bernhard
     on December 16, 2025
   Dismissed (260141)

5. *McCormick Taylor, Inc.*
   v. *Allegheny Construction Company, Inc.*
   Record No. 0141-25-3
   Opinion rendered by Judge Bernhard
     on December 16, 2025
   Dismissed (260140)

6. *Kleinfelder, Inc., f/k/a Century Engineering, Inc.,*
    *d/b/a NXL Construction Services*
   v. *Allegheny Construction Company, Inc.*
   Record No. 0143-25-3
   Opinion rendered by Judge Bernhard
     on December 16, 2025
   Dismissed (260139)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *EQT Production Company, et al.*
   *v. County of Wise, Virginia, et al.*
   Record No. 0155-24-3
   Memorandum opinion rendered by Judge White on March 18, 2025
   Judgment of Court of Appeals reversed and remanded by opinion rendered
   on May 21, 2026
   (250430)